# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAWVAN COOK, | Case No. 2:16-cv-00256-APG-CWH |
| Plaintiff, | |
| v. | |
| LAS VEGAS NV METROPOLITAN POLICE DEPARTMENT, et al, | **ORDER** |
| Defendants. | |

Per the Court's order (ECF No. 10), Plaintiff has returned a completed USM-285 (ECF No. 11) form to the Clerk. The Court notes that the summons in this case (ECF No. 7) was originally filed on August 5, 2016. Since then, Plaintiff has filed a notice of change of address (ECF No. 12).

IT IS THEREFORE ORDERED that the Clerk re-issue a new summons.

IT IS FURTHER ORDERED that the Clerk shall deliver a copy of the summons, the complaint (ECF No. 6), and the USM-285 form (ECF No. 11) to the U.S. Marshal for service.

DATED: May 4, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1