# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAWVAN E. COOK,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,

    Defendants.

Case No. 2:16-cv-000256-APG-CWH

**ORDER**

To date, no discovery plan or scheduling order has been filed in this case. Under Local Rule 16-1(b), in actions by or on behalf of inmates under 42 U.S.C. § 1983, no discovery plan is required, and the Court generally files a scheduling order specific to the needs of a case involving an incarcerated party. However, based upon Plaintiff Jawvan E. Cook's recently filed notice of change of address (ECF No. 12), it appears he is no longer incarcerated. The Court will therefore not file a scheduling order in this matter, and Mr. Cook will be held to the normal standards of pro se plaintiffs.

Under Local Rule 26-1(a), a plaintiff must initiate a FRCP 26(f) scheduling conference to be held within 30 days after the first defendant answers or otherwise appears. Here, Defendant filed an answer (ECF No. 16) on June 8, 2017. Since no scheduling order has been filed, the Court assumes that Mr. Cook has not initiated a scheduling conference.

IT IS THEREFORE ORDERED that Plaintiff must initiate a scheduling conference as required by Local Rule 26-1(a) and Federal Rule of Civil Procedure 26(f) no later than August 12, 2017.

DATED: July 12, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1